```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

SHAWN THIBEAULT,                  )
        Plaintiff,                )
                                  )
        v.                        )     C.A. No. 12-10333-PBS
                                  )       App. No. 13-1117
                                  )
ALISON BROWN, et al.,             )
        Defendants.               )
```

ORDER

By Order dated January 8, 2013, this action was dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failing to state a claim upon which relief may be granted. See Docket No. 32.

On January 22, 2013, plaintiff simultaneously filed a Notice of Appeal[1] (Docket No. 42) along with the following motions: (1) Emergency Motion for Reconsideration (Docket No. 34); (2) Motion for Leave to Appeal in forma pauperis (Docket No. 35); (3) Motion to Further Amend Complaint One Final Time Within 30 Days (Docket No. 36); (4) Motion for a Fair Hearing (Docket No. 37); and (5) Motion for Leave to Re-File (Docket No. 41). A comparison of the Notice of Appeal (#42) and the Emergency Motion for Reconsideration (#34) reveals that they are identical.

Plaintiff subsequently filed in February the following motions: (1) Motion for Remedy for the Spoilation (Docket No. 46); Motion to Forward (Docket No. 48); Motion for disposition of

---

[1] The Clerk treated the pleading assigned Docket No. 42 as Thibeault's Notice of Appeal. The document is titled "The Emergency Plaintiff's Request for Reconsideration (or) Plaintiff's Notice of Appeal." See Docket No. 42. The appeal was assigned No. 13-1117 by the United States Court of Appeals for the First Circuit.

all Post-Judgment Motions (Docket No. 51); and Motion to Return the Plaintiff's Appeal Brief and Motions (Docket No. 52).

With some exceptions, the filing of a Notice of Appeal "confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58, 103 S. Ct. 400, 74 L. Ed. 2d 225 (1982) (per curiam), superseded on other grounds by Fed. R. App. P. 4(a)(4)(B); see 28 U.S.C. § 1291 (providing that "the courts of appeals shall have jurisdiction of appeals from all final decisions of the district courts …."). A judgment is final when it "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Whitfield v. Municipality of Fajardo, 564 F.3d 40, 45 (1st Cir. 2009) (quoting Catlin v. United States, 324 U.S. 229, 233, 65 S. Ct. 631, 89 L. Ed. 911 (1945)).

As to Thibeault's Motion (#35) for Leave to Appeal in forma pauperis, the motion is allowed. However, the Court dismisses the pending motions for lack of subject matter jurisdiction, and declines further action on this case pending instructions from the Court of Appeals to the contrary. This Court has not received any documents that were captioned for the United States Court of Appeals for the First Circuit and therefore cannot return such documents to plaintiff Thibeault.

Based upon the foregoing, it is hereby ORDERED

1.   Plaintiff's Motion (#35) for Leave to Appeal in forma

<u>pauperis</u>, is ALLOWED.

2. Plaintiff's Emergency Motion for Reconsideration (Docket No. 34); Plaintiff's Motion to Further Amend Complaint One Final Time Within 30 Days (Docket No. 36); Plaintiff's Motion for a Fair Hearing (Docket No. 37); Plaintiff's Motion for Leave to Re-File (Docket No. 41); Plaintiff's Motion for Remedy for the Spoilation (Docket No. 46); Motion to Forward (Docket No. 48); Motion for disposition of all Post-Judgment Motions (Docket No. 51); and Motion to Return Plaintiff's Appeal Brief and Motions (Docket No. 52) are DISMISSED.

3. The Clerk shall transmit a copy of this Order to the United States Court of Appeals for the First Circuit.

SO ORDERED.

February 25, 2013           /s/ Patti B. Saris
DATE                        PATTI B. SARIS
                            UNITED STATES DISTRICT JUDGE